UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

----------------------------------X

JOSE I. MACIA
       Plaintiff
Of Service of Process
Address:

REG. No. 59005-004
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887-2000

   -against-

United States Marshals Service
       Defendant
Of Service of Process
Address:

C/O Acting General Counsel
Gerald M. Auerbach
Room 1212, BLD CS-3
Washington, D.C. 20530-1000

----------------------------------X

CASE NUMBER 1:05CV01920

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

DATE STAMP: 09/29/2005

CASE RE-ASSIGNED
NOV -8 2005
TO FRIEDMAN, J.

FILED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now the Plaintiff, JOSE I MACIA, and sues the UNITED STATES MARSHALS SERVICE, C/O Gerald M. Auerbach, Acting General Counsel under 28 U.S.C. § 1346 for the loss of personal property caused by the negligent act of the Marshals Service upon the evacuation of the Plaintiff from Santa Rosa County Jail on September 17, 2004.

## STATEMENT OF FACTS

1. Plaintiff, JOSE I MACIA, was being housed at Santa Rosa County Jail in Milton, Florida under the care of the Marshals Service while awaiting sentence the week of September 11, 2004. On September 15, when Hurricane Ivan struck, the Marshalls Service was negligent from their duty and Plaintiff was made to endure the destruction of the jail by the storm and to suffer inhumane conditions until evacuation on September 17, 2004.

RECEIVED
SEP 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. On evacuation, the Marshals Service did not allow Plaintiff to carry any personal property including legal documents pertaining to his defense. Personal property was piled indiscriminately along a water-logged corridor full of fallen roof and wall debris. Plaintiff Macia was told that his personal property would not be accompanying him to the new destination, FDC Tallahassee. After a delay of six weeks attempting to recover his property Plaintiff was informed of the loss and told to file a claim (See "Exhibit A" Inmate Request Form, dated 11/4/2004).

3. A claim was filed stamped 11/10/04 by the Regional Counsel of the Bureau of Prisons who immediately referred the claim to the U.S. Marshals Service. (See "Exhibit B" dated November 16, 2004.) For the last nine months the Marshals Service has refused to act or respond to correspondence of Plaintiff (See "Exhibit C" Letters dated June 16, July 18, and August 29, 2005).

### ARGUMENT

4. Under 28 U.S.C. § 1346, the Service is liable for loss of property caused by negligent or wrongful act of an employee of the government while acting within the scope of his office or employment. Under Title 18 §.4086, the Service duties include the safekeeping of inmates. The U.S. Marshals Service not only abandoned the Plaintiff in its custody in the path of hurricane Ivan in unsafe housing which could have cost him his life, but in the eventual evacuation, post hurricane, decided to lose or abandon Plaintiff's personal property at will. Plaintiff has patiently waited for righteous compensation to no avail resulting in this action.

## CONCLUSION

Plaintiff prays the District Court to enter judgement against the United States Marshals Service for their cavalier attitude of not responding to the claim. The Marshals Service is reponsible for the loss of the Plaintiff's personal property and recklessly endangering his life.

Plaintiff Macia's claim is for $ 500.00 plus interest Court costs and fees, but Plaintiff prays the Court to also enter a punitive judgement in an amount to be determined by the Court for the Service's incomprehensible policy of lassitude .


Respectfully,

*[signature: Jose I Macia]*

JOSE I MACIA
September 12,2005


cc: U.S. Marshals Service

FORM TO BE USED BY FEDERAL PRISONERS IN FILING A
CIVIL ACTION UNDER 28 U.S.C. §1331 or §1346

In the United States District Court

for the District of Columbia

Division

JOSE I. MACIA
_____
_____

(Enter above the full name of the
plaintiff or plaintiffs in this action).

vs.

U.S MARSHALS SERVICE

C/O ACTING GENERAL COUNSEL

GERALD M. AUERBACH

(Enter above the full name of the
defendant or defendants in this action).

A.  Have you begun other actions in federal Court dealing with
    the same facts involved in this action? Yes ( ) No (X)

B.  If your answer to A is yes, describe the action in the spaces
    below. (If there is more than one action, describe the addi-
    tional actions on the reverse side of this page).

    1.  Parties to the action: _____N/A_____

    2.  Court (federal court, name the district) ____N/A____

    3.  Docket number: ____N/A____

    4.  Name of judge to whom case was assigned: ____N/A____

page 2

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

                                       N/A

C. 1. Did you present the facts relating to your complaint in the internal prison grievance procedure?
Yes (X) No ( )

    2. If your answer is yes, what was the result? _____

       <u>REFERRED TO THE U.S. MARSHALS SERVICE SEE EXHIBIT ATTACHED</u>

       <u>DATED NOVEMBER 16, 2004. REFERRAL SIGNED BY B.O.P. REGIONAL COUNSE</u>

    3. If your answer is no explain. _____

                                       N/A

D. 1. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?
Yes (X) No ( )

    2. If your answer is yes, state the date such claim was submitted and what action, if any, has been taken. NO RESPONSE

      a. <u>11/4/04 INMATE REQUEST ATTACHED</u>

      b. <u>11/6/04 CLAIM ATTACHED</u>

      c. <u>11/16/04 CLAIM REFERRED TO U.S. MARSHALS SERVICE</u>
      d. JUNE 16 and JULY 18, 2005 TO U.S. MARSHALS SERVICE and AUGUST 29, 2005

    3. If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning your claim.

E. 1. Are you suing for a work related injury? Yes ( ) No (X)

    2. If your answer is yes, state the nature of the duties you were performing when the injury occurred.

          <u>N/A</u>

PARTIES

(In item I below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

I.  Name of plaintiff  JOSE I. MACIA REG. No. 59005004

    Address  FCI ALLENWOOD P.O. BOX 2000 WHITE DEER, P.A. 17887

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank and his place of employment in the third blank. Use the space below item II for names, positions and places of employment of any additional defendants.)

II. Defendant U.S. MARSHALS SERVICE    IN CARE OF    ACTING

    GENERAL COUNSEL, GERALD M. AUERBACH  ROOM 1212, BUILDING CS-3

                                        WASHINGTON, D.C. 20530-1000


STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet, if necessary).

NEGLIGENT ACT BY THE MARSHALS SERVICE OF NOT EVACUATING FEDERAL INMATES IN THE PATH OF HURRICANE IVAN ON SEPTEMBER 2004, CAUSING PERSONAL PROPERTY OF CLAIMANT TO BE LOST OR STOLEN. AS CITED ON THE ATTACHED CLAIM FORM STAMPED NOVEMBER 10 2004. WITNESSES WERE DEPUTY MARSHALS, SHERIFF AND LIEUTENANT AT SANTA ROSA COUNTY JAIL IN MILTON, FLORIDA. ALL COMMUNICATIONS ARE ATTACHED.

RELIEF

IV. State what relief you seek from the Court. Make no legal arguments. Cite no cases or statutes.

A JUDGEMENT AGAINST THE U.S. MARSHALS SERVICE FOR $500.00 PLUS INTEREST, COURT COST AND FEES AND A PUNITIVE JUDGEMENT IN AN AMOUNT TO BE DETERMINED BY THE COURT.

Signed this 12TH day of September, ~~19~~ 2005.

_Jose Macia_

(Signature of Plaintiff or plaintiffs)

DECLARATION

I, JOSE I. MACIA, declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed 9/12/05 (date) at FCI Allenwood, White Deer (place) PA 17887

_Jose Macia_
(signature of Plaintiff)

Signature of Attorney (if any)

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Counselor Alva | 11/4/04 |
| FROM: Jose Macia | REGISTER NO.: 59005004 |
| WORK ASSIGNMENT: | UNIT: B121 L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I want to file a Tort claim and need form SF95 according to Program Statement 1320.05 (Tort Claims Act). I was housed at Santa Rosa County Jail the week of September 13th when Hurricane Ivan struck. By not being evacuated, All my personal property, legal papers, commissary etc was lost or left behind.

thank you

(Do not write below this line)

DISPOSITION:

exhibit A(1)

05 1920

**FILED**

SEP 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature Staff Member            Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94.

TRT-SER-2005-00588

January 4, 1993
Attachment 1, Page 1

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008
EXPIRES 4-30-8

**1. Submit To:** Lisa Schuchman, Regional Counsel, 3800 N. Camp. Pk Way. S.W, Bldg 2000, Atlanta, Georgia, 30331-5099

**2. Name, Address of claimant and claimant's personal representative, if any:** Jose Ignacio Macia, 59005064, FDC Tallahassee 501 Capitol Circle NE, Tallahassee, FL, 32301

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY ☐ CIVILIAN
**4. DATE OF BIRTH:** 8/18/48
**5. MARITAL STATUS:** Single
**6. DATE AND DAY OF ACCIDENT:** 9/12/04 to 9/17/04 Hurricane Ivan
**7. TIME (A.M. OR P.M.):** AM and PM

**8. Basis of Claim:**
By not evacuating Santa Rosa County Jail of Federal Inmates as Eglin and Pensacola Camps had done on September 13, 2004, All personal property including legal documents, personal items and photos, commissary and clothing were lost. The roof gave way to water entry which in turn destroyed the interior of the structure. I was confined 4 to a 2 man cell with no water, electricity, overflowing toilets or ventilation and two inches of rain water on the floor. When evacuation took place on September 17, I was not allowed to take anything with me. I have been advised to file a claim on this form but I am also enclosing an attached affidavit of what happened.

**9. PROPERTY DAMAGE**

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT:** N/A

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED:**
Telephone book, photographs, toiletry, shower shoes, socks, underwear, T-shirts, a gold filling, commissary items, legal documents and books, stamps, glasses

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH: N/A

RECEIVED NOV 10 2004 REGIONAL COUNSEL'S-SERO BUREAU OF PRISONS

**11. WITNESSES**

| NAME | ADDRESS |
|---|---|
| US Marshal, Pensacola Office | One North Palafox Street, Pensacola, FL 32501 |
| Sheriff, Milton, Florida | 5755 East Milton Rd. Milton, FL 32583 |
| Lieutenant Santa Rosa County Jail | Santa Rosa County Jail 5755 East Milton Rd. Milton, FL 32583 |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL |
|---|---|---|---|
| 500.00 | N/A | N/A | 500.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

**13a. SIGNATURE OF CLAIMANT:** Jose Macia
**13b. Phone number:** FDC Tallahassee
**14. DATE OF CLAIM:** 11/6/04

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM:** The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS:** Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-107.    NSN 7540-00-634-4046    Exhibit A(2)    STANDARD FORM 95 (Rev. 7-85) PRESCRIBED BY DEPT. OF JUSTICE



**U.S. Department of Justice**
Federal Bureau of Prisons

*Southeast Regional Office*

*Building 2000*
*3800 Camp Creek Parkway, SW*
*Atlanta, Georgia  30331-6226*

November 16, 2004

Jose I. Macia
Reg. No. 59005-004
FCI TAL
501 Capitol Circle NE
Tallahassee, FL 32301

RE: Referral of Administrative Claim #TRT-SER-2005-00588

Dear Claimant:

The initial review of your administrative claim for a loss or injury reveals your claim is not properly filed with this office. Accordingly, we are referring your claim to the U. S. Marshals Services for final determination and disposition. All future correspondence should be directed to the address indicated below.

Gerald M. Auerbach
Acting General Counsel
Room 1212, Building CS-3
U.S. Marshals Service Headquarters
Washington, D.C. 20530-1000

Sincerely,

Lisa M. Sunderman
Regional Counsel

exhibit B

05 1920

**FILED**

SEP 29 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Regional Counsel
3800 N. Camp Pkway S.W.
Bldg 2000
Atlanta Georgia 30331-6099

4/5/05

Re: Jose I Macia
59005004
claim sent 11/04

RECEIVED APR 11 2005

Dear Sir,

I filed a claim November, 2004 and to this date I have yet to receive verification or even a response. This is my second request from FCI Allenwood in the last month and previously, while on transit, I sent notice from Atlanta holdover.

Would you please find and verify my claim and respond as soon as possible so I can put this aside and stop wasting both our times. If for some reason there are questions or a problem, please, let me know. I have forms and program statement copies which conform to the claim (SF95) so let me know what is happening.

I have followed the instructions given to me while at FCI Tallahassee and even enclose my original inmate request form which resulted in my claim's instruction.

Sincerely,

Jose Macia

6-2-05
Copy of refusal
mailed in response
to above.
Goode

JOSE I. MACIA
Reg. No. 59005-004
FCI ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887-2000

August 29, 2005

Gerald M. Auerbach
Acting General Counsel
U.S. Marshals Service Headquarters
Washington D.C.   20530-1000

Re: Negligence Claim No. TRT-SER-2005-00588

Dear Mr. Auerbach:

My claim referred to your office on November 16, 2004, by the Bureau of Prisons has been ignored by your office for the last 9 months even after continuous correspondence imploring action.

As mentioned in my previous letters, I had hoped to avoid litigation as it is costly, time consuming and overburdens the courts. IT seems those worries are not assimilated by the Marshals Service.

If I do not receive satisfaction within ten days, communication will be through the court.

Govern yourself accordingly,

Very truly yours,


_____
JOSE I MACIA

exhibit C(A)


cc: file

05 1920

FILED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSE I. MACIA
REG. No. 59005-004
FCI ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887-2000

July 18, 2005

Gerald M. Auerbach
U.S. Marshal's Service
Room 1212 Building CS-3
U.S. Marshal Service Headquarters
Washington D.C.        20530-1000

                    Re: Tort Claim No. TRT-SER-2005-00588

Dear M. Auerbach:

    Last June 16, 2005, I mailed to your care a collection of documents including BOP's Regional Counsel referral of my claim to the Marshal's Service. Since I have not received a response, I write again to ascertain whether the disposition of my claim is proceeding. I also additionally enclose copies of pertinent documents previously mailed.

    If there is anything else that I need to discuss or send, please let me know. I encountered a delayed feedback time with the BOP which I did not expect from your office. A lack of response has made me look at other avenues of pursuing the claim which I still think I can avoid.

I expect a response promptly.


Very truly yours,


[signature]
JOSE I. MACIA

exhibit C(b)


cc: U.S. Marshal's Service

JOSE I. MACIA
Reg. No. 59005-004
FCI ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887-2000

June 16, 2005

Mr. Gerald M. Auerbach
Acting General Counsel
Room 1212, Building CS-3
U.S. Marshal's Service Headquarters
Washington, D.C.          20530-1000

                RE: Referral of Administrative Claim
                No. TRT-SER-2005-00588

Dear Mr. Auerbach:

    Enclosed please find a copy of the B.O.P.'s Regional Counsel, Lisa M. Sunderman's letter where I am directed to correspond with you about my claim. I also enclose a copy of my original claim stamped 11/20/2004 and other communications.

    Please keep in mind that it was on June 6th, 2005, that I received the only feedback of my November 2004 claim. I enclose a copy of the post-marked envelope which brought the direction of referral to your office.

    PLease let me know if there is anything else required.

Very truly yours,


_____
JOSE I. MACIA

exhibit c(c)

cc: file