**FILED**
SEP 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE I. MACIA, )
  PLAINTIFF )
 )
 )  NO.  05 1920
V. )
 )
UNITED STATES MARSHALS SERVICE, )
  DEFENDANT. )

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW PLAINTIFF, JOSE I. MACIA, and, pursuant to Sup. Ct. Rule 39, moves for leave to proceed in forma pauperis.

1) I have been determined indigent, pursuant to 18 U.S.C. §3006A, by the United States District Court for the Northern District of Florida. Counsel was appointed to represent me in the District Court and later on appeal before the Court of Appeals of the 11-th Circuit.

2) I remain indigent and wish to pursue legal action before this Court against the Marshals Service for negligence in the care of personal property.

WHEREFORE, I ask this Court to grant this motion and allow me to proceed in forma pauperis.

Dated; August 30, 2005.

Respectfully submitted,

_____
JOSE I. MACIA

**RECEIVED**
SEP 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
----------------------------------------X

JOSE I. MACIA, PLAINTIFF

vs.

U.S. MARSHALS SERVICE, DEFENDANT

APPLICATION FOR APPOINTMENT
OF COUNSEL pursuant to
18 U.S.C. § 3006A(g)
(habeas corpus petition)

----------------------------------------X

1. Name of applicant ___JOSE I. MACIA___

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)
   I DO NOT HAVE EXPERIENCE OR A LEGAL EDUCATION TO ADEQUATELY REPRESENT MYSELF.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)
   I HAVE BEEN DECLARED INDIGENT, PURSUANT TO 18 U.S.C. § 3006A, BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA.

4. If you need a lawyer who speaks in a language other than English, state what language you speak: ___N.A.___

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my application to Proceed in Forma Pauperis are false, my case can be dismissed.

Dated: ___9/12/2005___        ___Jose I. Macia___
                                     Signature

# PROOF OF SERVICE

I certify that on ~~SEPTEMBER 11, 2005~~ (date) I mailed a copy of this brief and attachments via first class mail to the following parties at the addressess listed below:

U.S. MARSHALS SERVICE
ACTING GENERAL COUNSEL,
GERALD M. AUERBACH
ROOM 1212, BUILDING CS-3
WASHINGTON, D.C. 20530-1000

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on SEPTEMBER 11, 2005 (date) for forwarding to the District Court. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: 9/12/05