UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSE I. MACIA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-1920 (PLF) |
| **UNITED STATES** | ) |
| **MARSHALS SERVICE,** | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendant in this action.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058

_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Jose I. Macia, Register Number 59005-004, FCI Allenwood, P.O. Box 2000, White Deer, PA 17887-2000, on December 21, 2005.

                                          _____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)