UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------X

JOSE I. MACIA
    Plaintiff,

    -against-

United States Marshals Service

    Defendant.

---------------------------------X

Case No. 1:05-cv-01920-PLF

**RECEIVED**
DEC 1 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO EXPEDITE DEFENDANT'S RESPONSE

COMES NOW Plaintiff, JOSE I MACIA, and respectfully submits the foregoing motion to expedite Defendant's response to the Civil Action.

    1. On September 29, 2005, Plaintiff filed a Civil Action against the U.S. Marshals Service accompanied with a motion for leave of Court to proceed in _forma pauperis_. On the same date, a Court order was filed by the Clerk requesting Plaintiff to provide a six month trust fund acoount statement.

    2. On November 8, 2005, Plaintiff's application to proceed in _forma pauperis_ was granted except to the extent that Plaintiff was required to make the payments described in said order.

    3. On December 5, 2005, Plaintiff, complying with the November 8, 2005 Order, agreed and signed permission to the Bureau of Prisons to deduct from his trust fund account the required partial filing fee in order to proceed with the civil action.

    4. Plaintiff is desirous in expediting his action and prays

the Court to set a response date for the defendant to answer as without said order the Defendant will continue the policy of lassitude.

W H E R E F O R E, based on the foregoing, Plaintiff respectfully moves this Court to order the Defendant, the U.S. Marshals Service, to respond to the Civil Action.

Respectfully submitted,

*Jose I Macia*
JOSE I MACIA

Dated this 12th day of December, 2005.