Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ____Columbia____

TO:
United States Marshals Service
Serve: Acting General, Gerald M. Auerbach
Room #1212, Bldg. GS95
Washington, D.C. 20530

Civil Action, File Number ____CA-05-1920 PLF____

____Jose L. Macia____

V.

____United States Marshals Service____

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

... part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ... ose. Keep copy 3 for your records.

...OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...ther entity, you must indicate under your signature your relationship to that entity. If ...uthorized to receive process, you must indicate under your signature your authority.

...2 of this form to the sender within ____ days, you (or the party on whose behalf you ...ncurred in serving a summons and complaint in any other manner permitted by law.

...this form, you (or the party on whose behalf you are being served) must answer the ...were sent. If you fail to do so, judgment by default will be taken against you for the

...otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT
...ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense