UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE I. MACIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1920 (PLF) |
| ) | |
| UNITED STATES MARSHALS SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Defendant has filed a motion to dismiss or, in the alternative, motion to transfer case for lack of venue. Plaintiff is proceeding *pro se*. The court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Accordingly, it is this 8th day of February, 2006,

**ORDERED** that plaintiff shall respond to the defendant's motion to dismiss or transfer no later than 30 days from the date of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded and enter judgment in favor of the defendant.

/s/_____
PAUL L. FRIEDMAN
United States District Judge