JOSE I MACIA
REG. No. 59005-004
FCI ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887-2000

February 21, 2006

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C.   20001

RE: Civil Action No. 051920

Dear Clerk:

    This is to notify the court of a change of address as I am being transferred to a so far unknown destination.

    I will attempt to notify the Court on arrival of my current address.

    If correspondence is to be sent to me, please verify my address through the BOP locator website.

    I apologize for the inconvenience.

Respectfully yours,

JOSE I MACIA

cc: file