UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JOSE I. MACIA,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        C. A. NO.  05-1920 (PLF)
                                        )
UNITED STATES MARSHALS                  )
SERVICE,                                )
                                        )
                Defendant.              )
_____)

ORDER

_____In accordance with the Memorandum Opinion issued this 15th day of March,

2006, it is hereby

        ORDERED that defendant's motion to dismiss or, in the alternative, to transfer

for lack of venue [Dkt.# 11] is GRANTED.  It is

        FURTHER ORDERED that the case is TRANSFERRED to the United States

District Court for the Northern District of Florida.

        This is a final appealable order.  *See* Fed. R. App. P. 4(a).

        SO ORDERED.


                                /s/_____
                                PAUL L. FRIEDMAN
                                United States District Judge